IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT'S PIZZA PARK, INC., | ) |
| Plaintiff, | ) Case No. 11-01601-GLL |
| v. | ) |
| B&C PIZZA, INC., JOHN J. BELISSIMO, JR. and JOSEPH CAVA, | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, to-wit, this 13th day of Feb., 2012, upon consideration of the foregoing Motion for Alternative Service, it is hereby ORDERED, ADJUGED and DECREED that service of a copy of the Summons and Complaint in the above-referenced matter may be made by sending the same to Joseph Cava at his home address at 276 Heather Drive, Monroeville, Pennsylvania 15146, via United States first class mail, postage prepaid and by certified mail, return receipt requested and by physically causing a copy of the Summons and Complaint to be posted at Mr. Cava's residence at 276 Heather Drive, Monroeville, Pennsylvania 15146.

It is further ORDERED, ADJUDGED and DECREED that the time for Mr. Cava to answer or otherwise defend this matter shall start to run from the date that a copy of the Summons and Complaint are physically posted at Mr. Cava's residence.

BY THE COURT:

_____ J.
Gary L. Lancaster, Chief Judge